United States Bankruptcy Court

Eastern District of New York

In re:                                                                                                          Case No. 24-41393-jmm

Natalia Gamba                                                                                              Chapter 7

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0207-1                                          User: admin                                          Page 1 of 3

Date Rcvd: Jul 10, 2024                                    Form ID: 318DI7                                    Total Noticed: 34

The following symbols are used throughout this certificate:

**Symbol      Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Natalia Gamba, 192 Ilyssa Way, Staten Island, NY 10312-1379 |
| 10325187 | | Comenity Bank/Breadrwds, PO Box 182789, Columbus, OH 43218-2789 |
| 10325193 | + | Northwell health, po box 7700, new hydee park, NY 11040-7700 |
| 10325196 | + | sunrun, 1800 Ashton Blvd., Lehi, UT 84043-5490 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: BRJMCCORD.COM | Jul 10 2024 22:18:00 | Richard J. McCord, Certilman Balin Adler & Hyman, 90 Merrick Avenue, East Meadow, NY 11554-1597 |
| smg | + | Email/Text: USCOURTSEBN@finance.nyc.gov | Jul 10 2024 18:20:00 | NYC Department of Finance, 345 Adams Street, Office of Legal Affairs, Brooklyn, NY 11201-3739 |
| smg | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Jul 10 2024 18:20:00 | NYS Department of Taxation & Finance, Bankruptcy Unit, PO Box 5300, Albany, NY 12205-0300 |
| smg | + | Email/Text: labor.sm.ui.bankruptcy@labor.ny.gov | Jul 10 2024 18:20:00 | NYS Unemployment Insurance, Attn: Insolvency Unit, Bldg. #12, Room 256, Albany, NY 12240-0001 |
| smg | + | Email/Text: ustpregion02.br.ecf@usdoj.gov | Jul 10 2024 18:20:00 | Office of the United States Trustee, Eastern District of NY (Brooklyn), Alexander Hamilton Custom House, One Bowling Green, Room 510, New York, NY 10004-1415 |
| 10325180 | + | Email/PDF: bncnotices@becket-lee.com | Jul 10 2024 18:21:02 | American express, 200 vessey st, New York, NY 10285-0002 |
| 10325181 | | EDI: BANKAMER | Jul 10 2024 22:18:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 10325182 | | EDI: BANKAMER | Jul 10 2024 22:18:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 10325184 | | EDI: CAPITALONE.COM | Jul 10 2024 22:18:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 10325183 | | EDI: CAPITALONE.COM | Jul 10 2024 22:18:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 10350145 | | EDI: CAPITALONE.COM | Jul 10 2024 22:18:00 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 10345789 | | EDI: CITICORP | Jul 10 2024 22:18:00 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 10325186 | | EDI: CITICORP | Jul 10 2024 22:18:00 | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 10325185 | | EDI: CITICORP | | |

|  |  |  | Jul 10 2024 22:18:00 | Citibank/Best Buy, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 10325188 |  | EDI: WFNNB.COM |  |  |
|  |  |  | Jul 10 2024 22:18:00 | Comenity Bank/Breadrwds, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 10325189 |  | EDI: JPMORGANCHASE |  |  |
|  |  |  | Jul 10 2024 22:18:00 | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 10325191 |  | Email/Text: camanagement@mtb.com |  |  |
|  |  |  | Jul 10 2024 18:20:00 | M & T Bank, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240-0844 |
| 10325190 |  | Email/Text: camanagement@mtb.com |  |  |
|  |  |  | Jul 10 2024 18:20:00 | M & T Bank, PO Box 900, Millsboro, DE 19966-0900 |
| 10325192 |  | EDI: MERCEDES |  |  |
|  |  |  | Jul 10 2024 22:18:00 | Mercedes - Benz Financial Services, Attn: Bankruptcy, PO Box 685, Roanoke, TX 76262-0685 |
| 10351180 |  | Email/Text: nys.dtf.bncnotice@tax.ny.gov |  |  |
|  |  |  | Jul 10 2024 18:20:00 | New York State Department of Taxation & Finance, Bankruptcy Section, P O Box 5300, Albany New York 12205-0300 |
| 10325194 |  | Email/Text: DeftBkr@santander.us |  |  |
|  |  |  | Jul 10 2024 18:20:00 | Santander Bank, PO Box 12646, Reading, PA 19612-2646 |
| 10325195 |  | Email/Text: DeftBkr@santander.us |  |  |
|  |  |  | Jul 10 2024 18:20:00 | Santander Bank, Attn: Bankruptcy MA1-MB3-01-09, PO Box 841002, Boston, MA 02284-1002 |
| 10325198 |  | EDI: SYNC |  |  |
|  |  |  | Jul 10 2024 22:18:00 | Syncb/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 10325197 | + | EDI: SYNC |  |  |
|  |  |  | Jul 10 2024 22:18:00 | Syncb/Care Credit, PO Box 71757, Philadelphia, PA 19176-1757 |
| 10325199 | + | EDI: SYNC |  |  |
|  |  |  | Jul 10 2024 22:18:00 | Synchrony/Paypal Credit, PO Box 71727, Philadelphia, PA 19176-1727 |
| 10325200 |  | EDI: SYNC |  |  |
|  |  |  | Jul 10 2024 22:18:00 | Synchrony/Paypal Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 10325202 |  | EDI: WFFC2 |  |  |
|  |  |  | Jul 10 2024 22:18:00 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus, # MAC X2303-01A FL 3, Des Moines, IA 50328-0001 |
| 10325201 |  | EDI: WFFC2 |  |  |
|  |  |  | Jul 10 2024 22:18:00 | Wells Fargo Bank NA, PO Box 393, Minneapolis, MN 55480-0393 |
| 10325204 |  | EDI: WFFC2 |  |  |
|  |  |  | Jul 10 2024 22:18:00 | Wells Fargo Home Mortgage, Written Correspondence Resolutions, PO Box 10335, Des Moines, IA 50306-0335 |
| 10325203 |  | EDI: WFFC2 |  |  |
|  |  |  | Jul 10 2024 22:18:00 | Wells Fargo Home Mortgage, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 30

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| aty | *+ | Richard J. McCord, Certilman Balin Adler & Hyman, 90 Merrick Avenue, East Meadow, NY 11554-1597 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2024          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2024 at the address(es) listed below:**

**Name**          **Email Address**

Edward Nathan Vaisman

on behalf of Debtor Natalia Gamba vaismanlaw@gmail.com  trialdefense@gmail.com

Office of the United States Trustee

USTPRegion02.BR.ECF@usdoj.gov

Richard J. McCord

on behalf of Trustee Richard J. McCord rmccord@cbah.com
afollett@certilmanbalin.com;cfollett@certilmanbalin.com;N190@ecfcbis.com;mmccord@certilmanbalin.com

Richard J. McCord

rmccord@cbah.com
afollett@certilmanbalin.com;cfollett@certilmanbalin.com;N190@ecfcbis.com;mmccord@certilmanbalin.com

TOTAL: 4

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Natalia Gamba** | Social Security number or ITIN   xxx–xx–2062 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    Eastern District of New York

Case number:    1–24–41393–jmm

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Natalia Gamba

7/10/24

**By the court:**  Jil Mazer–Marino
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                    **Order of Discharge**                    page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- ♦ some debts which the debtors did not properly list;

- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**